**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MAURICE PHILLIPS,

                Plaintiff,

                                                      **ORDER**
- against-                                             **CV-10-4731 (ERK)**

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

**GOLD, Magistrate Judge:**

      Counsel for the defendants in the above-captioned case has submitted a motion seeking a sixty-day extension of time to file an answer or otherwise respond to the complaint. Plaintiff's counsel has opposed defendants' motion. Accordingly, the Court will hold an in-person oral argument at 12:30 p.m. on November 15, 2010. All counsel must attend. Defendant's time to answer is stayed until a decision is rendered by the Court.

      SO ORDERED.

Dated: Brooklyn, New York
       November 9, 2010

                                                               s/
                                          **STEVEN M. GOLD**
                                          **UNITED STATES MAGISTRATE JUDGE**